

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00794-CV

**IN THE INTEREST OF D.E.**, a Child

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-02843
Honorable Richard Garcia, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the Order of Termination is AFFIRMED. It is ORDERED that no costs be assessed against Appellant.

SIGNED March 12, 2014.

_____
Karen Angelini, Justice